partment. January 21, 1914.) Action by Karl Sakofsky against the Camden Fire Association and Emory Jones.

PER. CURIAM. Order affirmed, with $10 costs and disbursements.

HOWARD and WOODWARD, JJ., dissent.

SAMUEL, Appellant, v. LIEBLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Abraham Samuel against Theodore A. Liebler and another.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and RICH, JJ., vote for reversal, on the ground that the verdict is against the weight of the evidence.

SANDERSE, Respondent, v. YORKSHIRE REALTY & CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Cornelius Sanderse against the Yorkshire Realty & Construction Company. J. V. Bouvier, Jr., of New York City, for appellant. D. C. Hirsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SAVAGE v. POTTER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by John Savage, as president, against Henry A. Potter, as treasurer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 78.

SCANLON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Elizabeth T. Scanlon, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order (79 Misc. Rep. 483, 140 N. Y. Supp. 65) affirmed, with $10 costs and disbursements.

MERRELL, J., not sitting.

SCHAEFFER, Appellant, v. SCHAEFFER, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Cecelia Schaeffer against Raymond S. Schaeffer. No opinion. Motion for leave to appeal (from 144 N. Y. Supp. 774) to the Court of Appeals denied, without costs. There is no necessity for asking for leave to appeal in this case.

SCHARFF, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by William Scharff against John H. Jackson.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 153 App. Div. 934, 138 N. Y. Supp. 1140.

KELLOGG, J., dissents.

SCHELLING, Appellant, v. BROOKLYN, Q. C. & S. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Jacob Schelling, as administrator, etc., against the Brooklyn, Queens County & Suburban Railroad Company and the Transit Development Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHILLING, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Pauline Schilling against Grace Smith, as administratrix, etc., and another.

PER CURIAM. Judgment affirmed, with costs.

MERRELL, J., not sitting.

SCHIMEK v. BAUMAN. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Emma Schimek against Michael Bauman. No opinion. Application denied, with $10 costs. Order signed.

In re SCHOONMAKER et al. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of Adrian O. Schoonmaker and others for payment of award, etc. No opinion. Motion granted, without costs, and order signed. See, also, 158 App. Div. 944, 143 N. Y. Supp. 1143.

SCHWARTZ, Respondent, v. HOOKER ELECTRO CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Julius Schwartz against the Hooker Electro Chemical Company.

PER CURIAM. Order modified, so as to permit plaintiff to have an inspection of the machine on which he was injured, and its several parts, on condition that plaintiff pay to defendant the expense of employing a machinist from the shops where said machine was made to take down the machine, and after the inspection to set it up again, also modified as to provisions as to photographs and models, and, as so modified, affirmed, without costs of this appeal to either party. Settle order before Mr. Justice Foote on two days' notice.

SCOTT et al., Respondents, v. McCLUNG, Mayor, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by J. Bradley Scott and others against Benjamin McClung, as Mayor, etc., and others. No opinion. Judgment (78 Misc. Rep. 2, 137 N. Y. Supp. 661) affirmed, with costs.

SEAL et al., Respondents, v. MOORE et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Harry E. Seal and others against

George Moore and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

SEILER v. KLUGMAN. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Isaac Seiler against Julius Klugman. No opinion. Application denied, with $10 costs. Order signed.

---

SHIFFNER, Appellant, v. BECK, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Clara Shiffner against George H. Beck. No opinion. Motion for reargument (of 145 N. Y. Supp. 27) granted, without costs, and case set down for Monday, March 2, 1914.

---

SHINOLA CO., Appellant, v. HOUSE OF KRIEG et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by the Shinola Company against the House of Krieg and others. PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within 20 days upon payment of the costs of the demurrer and of this appeal, for the reasons stated in the opinion of Sutherland, J., in same case, reported at 75 Misc. Rep. 220, 133 N. Y. Supp. 1015.
KRUSE, P. J., and ROBSON, J., dissent.

---

SHUART, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Leo Shuart against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SIEGEL, Appellant, v. NECHOLS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Henry Siegel against Henry Nechols and others. M. Salomon, of New York City, for appellant. C. J. Heermance, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

SMIDT, Respondent, v. BUFFALO COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by John Smidt against the Buffalo Cold Storage Company. No opinion. Motion to amend order of reversal (in 158 App. Div. 778, 144 N. Y. Supp. 462), so as to state the law only, and that the facts had been examined and no error found therein, denied, with $10 costs.

---

In re SMITH. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the general guardianship of Frank A. F. Smith. No opinion. Decree of the Surrogate's Court of Suffolk county affirmed, with costs.

---

In re SMITH. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the application of Oscar J. Smith for admission to the bar. No opinion. Application granted.

---

SMITH, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by Irving E. Smith against the Buffalo, Lockport & Rochester Railway Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is excessive.
KRUSE, P. J., and LAMBERT, J., dissent.

---

SMITH, Appellant, v. DOTTERWEICH, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913. Action by George N. Smith against Rudolph Dotterweich.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

---

SMITH, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Savilla F. Smith, as administratrix, etc., of Christopher Smith, deceased, against the State of New York.
PER CURIAM. Determination affirmed, with costs.
SMITH, P. J., dissents.

---

SNELL v. O'ROURKE. (Supreme Court, Appellate Division. First Department. February 6, 1914.) Appeal from Special Term, New York County. Action by Ida Haggerty Snell against Joanna M. O'Rourke. From an order denying a temporary injunction, and an order denying a motion for a reargument, plaintiff appeals. Order denying injunction reversed, and injunction granted on conditions. Order denying reargument affirmed. Tobias A. Keppler, of New York City, for appellant. L. Hamilton Rainey, of New York City, for respondent.
PER CURIAM. Without expressing any opinion upon the plaintiff's right to a permanent injunction, we are of opinion, upon the facts presented, that an injunction should issue pending the determination of the plaintiff's right to have the lease reformed. The order denying the motion for a temporary injunction is therefore reversed, with $10 costs and disbursements, and the motion granted, staying the execution of the warrant to dispossess, the plaintiff and enjoining the defendant, upon plaintiff paying the rent as stipulated in the lease and complying with the other terms therein mentioned during the pendency of this action, from interfering in any way with her full enjoyment of the premises leased. Such motion, however, is granted on condition that the plaintiff give to defendant an undertaking,